UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 15-11217-BKC-AJC
Chapter 7

**RUDOLFO MENENDEZ**
SSN: XXX-XX-5847
_____Debtor._____/

## MARCIA T. DUNN, TRUSTEE'S MOTION TO ENLARGE TIME TO FILE OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS

Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Rudolfo Menendez (the "Trustee"), through counsel, files this Motion to Enlarge Time to File Objections to Debtor's Claimed Exemptions (the "Motion") pursuant to Fed.R.Bankr.P. 9006(b) and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on January 22, 2015.

2. The § 341 Meeting of Creditors was scheduled and held on March 2, 2015.

3. The deadline for the Trustee to file objections to the Debtor's claimed exemptions is April 1, 2015.

4. After an initial review of the Debtor's petition, documents and schedules, additional information is needed from the Debtor in order for the Trustee to determine whether there is any basis to object to the Debtor's claimed exemptions, including the taking of the Debtor's Rule 2004 Examination, which has been scheduled for April 15, 2015.

5. Accordingly, the Trustee seeks an additional thirty (30) days, up to and including May 1, 2015, for the Trustee to file objections to the Debtor's claimed exemptions.

6. This request is made on behalf of the Trustee, and is not intended as a request for enlargement for any creditor.

7.  Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

**WHEREFORE**, Marcia T Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Rudolfo Menendez, respectfully requests this Honorable Court enter an Order (1) finding that cause exists to enlarge the time for the Trustee to file objections to the Debtor's claimed exemptions; (2) enlarging the time for the Trustee to file objections to the Debtor's claimed exemptions up to and including May 1, 2015; and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 31, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Rudolfo Menendez
1582 NE 183 Street
North Miami Beach, FL 33179

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman & Soloff, P.A.
*Attorneys for Trustee, Marcia T. Dunn*
One Flagler Building
14 Northeast First Avenue - PH
Miami, Florida  33132
Telephone:   (305) 375-8171
Facsimile:    (305) 381-7708
Jtabas@tabasfreedman.com