UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                          Case No.: 15-11217-BKC-AJC

Rudolfo Menendez                                Chapter 7

     Debtor.

_____/

**CREDITOR MARIA TERESA DAVILA'S MOTION TO ENLARGE TIME TO FILE OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS**

Maria Teresa Davila, Creditor in the Bankruptcy Estate of Rudolfo Menendez ( the "Creditor"), by and through her undersigned counsel, hereby files this Motion to Enlarge Time to File Objections to Debtor's Claimed Exemptions ( the "Motion") pursuant to Fed.R.Bankr.P. 9006(b) and in support thereof, states as follows:    In support thereof Movant states as follows:

1.     This is a Chapter 7 proceeding.

2.     The deadline for any Creditors to file objections to the Debtor's claimed exemptions is May 1, 2015.

3.     The Debtors Rule 2004 Examination ("Examination) was conducted on April 15, 2015 and this Creditor was present.

4.     Based upon information received in that Examination, the Creditor is evaluating whether to pursue and file its own objection to Debtors Claimed exemptions.

5.     Accordingly, the Creditor seeks an additional thirty (30) days, up to and including June 1, 2015 for the Creditor to file objections to the Debtor's claimed exemptions.

6.      This request is made on behalf of the Creditor and is not intended as a request for enlargement on behalf of any other creditor or the Trustee.

7.      Fed.R. Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with our without motion or notice, if the request is made before the expiration period originally prescribed or extended.

WHEREFORE,      Creditor Maria T. Davila respectfully requests this Honorable Court to enter an Order (1) finding that cause exists to enlarge the time for the Creditor to file objections to the Debtor's claimed exemptions; (2) enlarging the time for the Creditor to file objections to the Debtor's claimed exemptions up to an including June 1, 2015; and (3) granting such other relief as this Court deems just and proper.

DATED April 30, 2015.


J.H. Zidell, P.A.
300 – 71 Street, Suite 650
Miami Beach, Florida 33141
(305) 809-6781
steven.fraser.esq@gmail.com


/s/Steven C. Fraser
Steven C. Fraser
Florida Bar Number 625825

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, I electronically filed this Motion To Enlarge Time to File Objections to Debtor's Claimed Exemptions with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        __/s/Steven C. Fraser__
                                        Steven C. Fraser, Esq.
                                        Fla. Bar No. 625825
                                        J.H. Zidell, P.A.
                                        Attorney for Movant
                                        300 71st Street #605
                                        Miami Beach, Florida 33141
                                        Tel: (305) 865-6766
                                        Fax: (305) 865 – 7167
                                        Email: steven.fraser.esq@gmail.com

## <u>SERVICE LIST</u>

<u>via U.S. Mail</u>
Rudolfo Mendez
1582 NE 183 Street
North Miami Beach, FL 33179

U.S. Trustee
Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, Florida 33130
        USPTRegoin21.mm.ecf@usdoj.gov

Marcia T. Dunn
555 NE 15th Street, Suite 934-A
Miami, Florida 33132
Email" MDunn@dunnbankrtupcy.com
Served via Notice of Electronic Filing


Joel L. Tabas, Esquire
14 NE 1 Ave PH Miami,
Florida 33132
Served Via Notice of Electronic Filing
jtabas@tabasfreedman.com