UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**RUDOLFO MENENDEZ,**
SSN XXX-XX-5847

Case Number 15-11217-AJC
Chapter 7

    Debtor.
_____/

### DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE

Debtor, **RUDOLFO MENENDEZ,** by and through undersigned counsel, pursuant to 11 U.S.C. § 707, hereby files this *Motion to Dismiss Chapter 7 Case*, and avers:

1. **RUDOLFO MENENDEZ** (the "Debtor") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on January 22, 2015.

2. Marcia T. Dunn was appointed the Chapter 7 Trustee.

3. The 341 Meeting of Creditors was held and concluded on March 2, 2015.

4. The Trustee subsequently hired Tabas, Freedman & Soloff, P.A. to represent the estate in the Debtor's bankruptcy proceeding.

5. The Debtor filed this case pro se and has represented himself throughout the pendency of the bankruptcy case.

6. The Debtor recently Kingcade & Garcia, P.A. to file the motion to dismiss his bankruptcy case.

7. The Debtors seek an order dismissing the Chapter 7 case. The Debtor does not need bankruptcy relief at this time and wishes to deal with his creditors outside of a Chapter 7 bankruptcy case.

Page 2 of 2. *In re Rudolfo Menendez*
Case No. 15-11217-BKC -AJC

**WHEREFORE**, the Debtor seeks an order granting the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail and/or CM/ECF, on May 11, 2015 to the parties on the attached service list.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.INFO
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
x   Timothy S. Kingcade, Esq., FBN 082309
☐  Wendy Garcia, Esq., FBN 0865478
☐  Jessica L. McMaken, Esq., FBN 580163

```
Label Matrix for local noticing      Capital One                         Maria Teresa Davila
113C-1                               1133 South University Dr            c/o JH Zidell PA
Case 15-11217-AJC                    Plantation, FL 33324-3303           300 71 St #605
Southern District of Florida                                             Miami Beach, FL 33141-3089
Miami
Mon May 11 15:55:05 EDT 2015

Office of the US Trustee             Sprint                              Marcia T Dunn
51 S.W. 1st Ave.                     8014 Bayberry Rd                    555 NE 15 St, Ste 934-A
Suite 1204                           Jacksonville, FL 32256-7412         Miami, FL 33132-1455
Miami, FL 33130-1614


Maria Davila                         Rudolfo Menendez
c/o Z. H. Zidell, P.A.               1582 NE 183 St
300 71st Street                      North Miami Beach, FL 33179-4834
Suite 605
Miami Beach, Fl 33141-3089
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                             End of Label Matrix
                                     Mailable recipients    7
                                     Bypassed recipients    1
                                     Total                  8
```